UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ENRIQUE DIAZ, | ) | No. CV 10-3635-DMG (PLA) |
| | ) | |
| Petitioner, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| LELAND McEWEN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 25, 2011

　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE